Decided June 14, 2001

JAMES HUDAK *v.* THE S. CARPENTER CONSTRUCTION COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 902 (AC 20355), is denied.

*Herbert Watstein,* in support of the petition.

Decided June 14, 2001